**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 52 EAL 2023

           Respondent   :

                      :   Petition for Allowance of Appeal
                      :   from the Order of the Superior Court

           v.   :

                      :

TYREEK JACKSON,   :

           Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.